UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILLENNIUM LABORATORIES, INC.,

    Plaintiff,

v.        CASE NO: 8:11-cv-1757-T-26TBM

UNIVERSAL ORAL FLUID LABORATORIES, LLC,
*et al.*,

    Defendants.
_____/

**O R D E R**

The Court has examined the motions to dismiss Plaintiff's first amended complaint filed by Defendant Universal Oral Fluid Lab of Pa, LLC (UOFLP), at dockets 38 and 39. Having done so, it is obvious to the Court that both motions are identical, except that the motion at docket 39 adds a certificate of service. Accordingly, Defendant UOFLP's Motion to Dismiss First Amended Complaint (Dkt. 38) is denied without prejudice as moot.

**DONE AND ORDERED** at Tampa, Florida, on November 21, 2011.

        s/*Richard A. Lazzara*
        **RICHARD A. LAZZARA**
        **UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record